JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$40,094.00 IN U.S. CURRENCY,<br><br>Defendant. | No.  2:17-cv-02188-SVW-FFMx<br><br><br>CONSENT JUDGMENT OF<br>FORFEITURE |
| ERNESTO ELIAS FARIAS,<br><br>Claimant. | |

Plaintiff and Claimant Ernesto Elias Farias ("Claimant") submitted a stipulated request for the entry of this Consent Judgment of Forfeiture, resolving this action in its entirety.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1.     This Court has jurisdiction over the parties and the subject matter of this action.

2. The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. Claimant filed the only claim and answer, and the time for filing claims and answers has expired. All potential claimants to the defendant $40,094.00 in U.S. Currency (the "defendant currency"), other than Claimant, are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $30,094.00 of the defendant currency and all interest earned on the entirety of the defendant currency since seizure, and no other person or entity shall have any right, title or interest therein. The United States is ordered to dispose of said funds in accordance with law.

4. $10,000.00 of the defendant currency, without interest, shall be returned to Claimant through his counsel. The United States Marshals Service shall release said funds by wire transfer to Claimant's counsel, who shall provide the information necessary to make the wire transfer (including bank account and routing information) forthwith. Claimant and his attorney shall provide any and all information, including personal identifiers, needed to process the return of these funds according to federal law. The United States Marshals Service shall make the transfer within 60 days of the entry of this judgment or its receipt of the necessary information, whichever is later.

5. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

/ /

/ /

/ /

6.     Each of the parties shall bear its own fees and costs in connection with this civil forfeiture matter and the seizure, retention and return of the defendant currency.

Dated:   November 14 , 2019

THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

*/s/ Katharine Schonbachler*
KATHARINE SCHONBACHLER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

3